**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SHANNON CORINTI and
ALLISON SANTO individually             Case No.: 4:20-cv-00173-MW-MAF
and on behalf of all others similarly
situated,

      Plaintiff,

v.

ASSET PLUS CORPORATION,

      Defendant.
_____/

**MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

Defendant, Asset Plus Corporation, pursuant to Local Rule 7.1(I), respectfully requests leave to file a reply to Shannon Corinti's and Allison Santo's (collectively "Plaintiffs") Memorandum of Law in Opposition of Defendant's Motion to Dismiss (the "Memorandum"), and in support states:

1. Defendant respectfully requests leave to file a five-page reply to address the following issues raised for the first time in the Memorandum:

    a. Plaintiffs' misstatement of law regarding this Court's proper consideration of the controlling contracts; and

    b. Plaintiffs' mischaracterization of the obligations and terms contained in those contracts and reliance on documents in their Response that were not attached to their Complaint; and

    c. Distinguishing and rebutting case law regarding the consumer collection and breach of contract claims.

2. The Court should permit Defendant to file a brief reply to address these issues pursuant to Rule 7.1(I).

## Certificate of Compliance with Local Rule 7.1(B)

Undersigned certifies that on July 3, 2020, counsel for Defendant conferred in good faith with counsel for Plaintiffs regarding the relief requested herein, and is authorized to represent that Plaintiffs' counsel opposes this motion.

WHEREFORE, Defendant respectfully requests this Court grant it leave to file a reply to Plaintiffs' Memorandum of Law in Opposition of Defendant's Motion to Dismiss not to exceed five pages.

Respectfully submitted on July 6, 2020.

                                        */s/ Jason Zimmerman*
                                        George T. Levesque
                                        Florida Bar No. 555541
                                        Jason Zimmerman
                                        Florida Bar No. 104392
                                        Allison Goodson
                                        Florida Bar No. 44030
                                        GrayRobinson, P.A.
                                        301 South Bronough Street, Suite 600
                                        Tallahassee, Florida 32301

>Telephone: 850-577-9090
>Facsimile: 850-577-3311
>george.levesque@gray-robinson.com
>jason.zimmerman@gray-robinson.com
>allison.goodson@gray-robinson.com
>madison.harrell@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, the foregoing was filed with the Court's CM/ECF system which will serve a copy via email on the following co-counsel for Plaintiff, Shannon Corinti:

| | |
|---|---|
| William Peerce Howard | John Barrett |
| Amanda J. Allen | Raymond Franks II |
| Heather Jones | Bailey & Glasser, LLP |
| The Consumer Protection Firm | 209 Capital St. |
| 4030 Henderson Blvd. | Charleston, WV 25301 |
| Tampa, FL 33629 | jbarrett@baileyglasser.com |
| billy@theconsumerprotectionfirm.com | rfranks@baileyglasser.com |
| amanda@theconsumerprotectionfirm.com | |
| heather@theconsumerprotectionfirm.com | |

>/s/ *Jason Zimmerman*
>Jason Zimmerman
>Florida Bar No. 104392
>GRAYROBINSON, P.A.